IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SEP 07 2026
FILED

| | | |
|---|---|---|
| TONY RAY HANSEN,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM BONSACK; BOBBY L. CHRISTINE; BARRY A. FLEMING; and LT. LOWE,<br><br>Defendants. | ) | CV 126-112 |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 8th day of September, 2026, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA